UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED APR 12 2018

CLERK

VIOLA COMBS            CIVIL ACTION

VERSUS

EXXON MOBIL CORPORATION

## COMPLAINT

1. This case is filed in Federal Court because it is a civil matter. I believe Exxon Mobil has violated Title VII the Civil Rights Act of 1964, Equal Pay Act (EPA), American Disability Act (ADA), Age Discrimination in Employment Act (ADEA).

2. Plaintiff, Viola M. Combs resides at 6328 Riverbrook Drive, Baton Rouge Louisiana, 70820, in East Baton Rouge Parish, 225-456-7454.

3. Defendant, Exxon Mobil Corporation business is located 4045 Scenic Highway, Baton Rouge Louisiana, in East Baton Rouge Parish, 225-977-7859.

4. In direct violation of ADA, ExxonMobil Baton Rouge Refinery has willfully discriminated against me by failing to grant a reasonable accommodation to allow me to take a temporary medication Xanax, prescribed as needed, by my treating physician for a few week to assist with acclimation upon my return to work;

5. ExxonMobil Baton Rouge Refinery refused to allow me to return to work;

6. ExxonMobil Baton Rouge Refinery terminated my employment and forced what they called a Disability Retirement that only lasted two months;

7. ExxonMobil Baton Rouge Refinery has willfully discriminated against me by not allowing me to return to work and then, permanently placed a forty (40) year old white female in my assigned position who has less company services, experience and qualifications and as a result has violated the Age Discrimination in Employment Act;

8. ExxonMobil Baton Rouge Refinery has willfully discriminated against me over the last 5 years establishing a pattern of discrimination in wage payment. This discriminatory practice is all in violation of Title VII of the Civil Rights Act of 1964 and the Equal Pay Act (EPA). By denying Viola Combs equal remuneration as paid to male employees performing the same duties, has placed ExxonMobil in direct violation of the Equal Pay Act.

For two years, while assigned to the Process Planning position, I was denied equal pay for duties I performed as Process Planning Coordinator that required equal knowledge, effort and skill as males performing the exact same duties, in the exact same working conditions. ExxonMobil intentionally sought to avoid paying and permanently promoting me in the position as Process Planning Coordinator because of my gender, female;

9. ExxonMobil Baton Rouge Refinery has retaliated against me for previously filing complaints against them for their discriminatory practice with Equal Employment Opportunity Commission, National Labor Board, and the Office of Federal Contract Compliance Programs:

10. Plaintiffs prays that a certified copy of this Petition, together with citation to answer same, be served upon the defendants and after all legal delays and due proceedings are had, that judgment be rendered in favor of plaintiff, Viola Combs, and against defendant, Exxon Mobil Corporation for all damages reasonable in the premises, together with legal interest from the date of judicial demand until paid.

   a. Plaintiffs, further prays that Exxon Mobil is ordered to pay loss of back pay.

   b. Plaintiffs, further prays that Exxon Mobil is ordered to pay loss of front pay.

   c. Plaintiffs, further prays that Exxon Mobil is ordered to reimburse all loss of benefits included in back pay and front pay.

   d. Plaintiffs, further prays that they be awarded reasonable attorney's fees and reimbursement of all cost, including expert witness fees.

   e. Plaintiffs, further prays for all general and equitable relief.

**I hereby certify under penalty of perjury that the above petition is true to the best of my information, knowledge, and belief.**

Signed this 12th day of **April, 2018**

*[signature]*

Viola Combs
6328 Riverbrook Drive
Baton Rouge, Louisiana 70820