```
U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED  ) MAY 29 2018
                  CLERK
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VIOLA COMBS | CIVIL ACTION NO. 3:18-CV-00458 |
| VERSUS | JUDGE JOHN W. DEGRAVELLES |
| EXXON MOBIL CORPORATION | MAGISTRATE JUDGE BOURGEOIS |

### NOTICE OF DISMISSAL

I hereby provide notice that I wish to dismiss this action without prejudice, that the Defendant has not served either an Answer or a Motion for Summary Judgment, and that I expressly reserve all my rights under the Americans with Disabilities Act and all rights, claims and causes of action which I have asserted, through counsel, in *Viola Combs v. Exxon Mobil Corporation*, Civil Action No. 3:18-CV-459, U.S. District Court, Middle District of Louisiana.

Signed this 22 day of May, 2018.

_____
Viola Combs
6328 Riverbrook Drive
Baton Rouge, LA 70820